Maria Foster, Respondent, v. Anna M. Kenny and Others, Defendants, Impleaded with Neal D. Becker, as Executor, etc., Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J. Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Joseph H.. Garahan, Respondent, v. Edward F. Geer, Appellant.— Order affirmed, with ten dollars and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Harris Gill, Respondent, v. David Lieberman, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Morris Goldfinger, Respondent, v. Louis Gersten and David Gersten, Appellants.— Judgment affirmed, with costs. No opinion. Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.

Charles A. Greve and Agnes R. Greve, Appellants, v. Fred Graf, Respondent.— Judgment reversed, and case remitted to the official referee to make appropriate findings of fact and conclusions of law. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Fred Hamburger, Respondent, v. Frank Goldstein, Appellant.— Judgment reversed and new trial granted, costs to abide the event, upon the authority of *Kaufman* v. *Hopper* (151 App. Div. 28); *Prentice* v. *Fargo* (53 id. 608; affd. without opinion, 173 N. Y. 593), and *Hoe* v. *Sanborn* (21 id. 552). Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Hamilton Pipe Works, Inc., Appellant, Respondent, v. Roger A. Zeltmacher, Respondent, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment modified so as to conform strictly with the findings of the court, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred. Order to be settled before the presiding justice.

William H. Harbeck, Respondent, v. Kate A. Harbeck, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred,

Helgar Corporation, Appellant, v. Warner's Features, Inc., Respondent. — Judgment modified by increasing the amount of damages recoverable by the additional amount of $2,000, in accordance with the referee's finding of fact XV; and as so modified unanimously affirmed, with costs and disbursements to the appellant. We think this amount is part of the contract compensation for work actually done by the plaintiff, and not a